SUE FAHAMI
First Assistant United States Attorney
Nevada Bar No. 5634
JEFFREY E. STAPLES, Washington Bar No. 45035
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD ALLEN J            ,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:25-cv-01940-NJK<br><br>**STIPULATION FOR VOLUNTARY REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT FOR PLAINTIFF** |

The parties, through their respective counsel, stipulate to the following matters. The Commissioner's final decision should be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ should further develop the record, offer Plaintiff an additional hearing, and issue a new decision. The ALJ should reevaluate the evidence, especially the medical opinions and prior administrative medical findings, and reevaluate the step-five finding, as necessary.

Remand should be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff should be entitled to reasonable attorney fees and expenses pursuant to

28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff should be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the Commissioner's final decision.

Dated: February 6, 2026          Respectfully submitted,

                                 */s/ Marc Kalagian*
                                 MARC KALAGIAN
                                 (*as authorized via email)
                                 Attorney for Plaintiff

Dated: February 6, 2026          Respectfully submitted,

                                 SUE FAHAMI
                                 First Assistant United States Attorney

                                 */s/ Jeffrey E. Staples*
                                 JEFFREY E. STAPLES
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

The Clerk's Office is INSTRUCTED to enter judgment accordingly and to close this case.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2026

2